IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

**FILED**

NOV 19 2007

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

v.

CERTAIN PERSONS

MAGISTRATE NO. 07-1356-M

## ORDER

AND NOW, this 19th day of November, 2007 upon application of the United States Attorney that the complaint, warrant and affidavit, and corresponding docket entries in the within criminal proceeding be impounded, said motion is hereby GRANTED and it is

ORDERED

that the complaint, warrant and affidavit, and corresponding docket entries, in the above-mentioned case are hereby IMPOUNDED and to be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested, except that the Clerk of Court is authorized to provide four certified copies of the warrant to the United States Marshals Service and the U.S. Immigration and Customs Enforcement. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Sarah L. Grieb, Assistant United States Attorney.

IT IS FURTHER ORDERED THAT the complaint, warrant and affidavit, and corresponding docket entries, shall be unimpounded immediately upon notification by the United States Attorney, or his representative, that the defendants have been arrested or upon further order of the Court.

BY THE COURT:

Hon. LINDA K. CARACAPPA
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA              :

v.                                    **FILED** MAGISTRATE NO.    07-1356-m

CERTAIN PERSONS                       NOV 19 2007

MICHAEL E. KUNZ, Clerk
                    Dep. Clerk
By_____

## MOTION TO IMPOUND COMPLAINT AND WARRANT

The United States of America, by and through its attorneys, Patrick L. Meehan,

United States Attorney in and for the Eastern District of Pennsylvania, and, Sarah L. Grieb,

Assistant United States Attorney for that District, moves that the complaint, warrant and

affidavit, and corresponding docket entries in the within criminal proceeding be impounded, and,

in support thereof, alleges that if the existence and content of these documents are made public

prior to the arrest of the defendants, there is the risk that the safety of victim/witnesses may be

jeopardized, that the ongoing investigation may be compromised, and that the defendants will

flee, thereby hindering the execution of the arrest warrant.

WHEREFORE, the government respectfully requests that this Court enter an

order directing that the complaint, warrant and affidavit, and corresponding docket entries, in the

above-mentioned case, be IMPOUNDED and be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested, except for the four certified copies of the warrant to be provided to the United States Marshal's Service and U.S. Immigration and Customs Enforcement.  The government further requests that the Clerk of Court be directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Sarah L. Grieb, Assistant United States Attorney, until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

SARAH L. GRIEB
Assistant United States Attorney