**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA          :
                                  :
     v.                           :          Case No. 07-1356m1
                                  :
Eduardo Berenshtyn                :
                                  :
                                  :
                                  :

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT TO**
**BAIL REFORM ACT**

Upon motion of the Government and defense, it is **ORDERED** that a detention hearing is set for November 26, 2007[1] at 1:30pm before the Honorable Carol Wells, at 601 Market Street, Philadelphia, PA 19106, in Courtroom 5a.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

S/ Linda K Caracappa

_____
LINDA K. CARACAPPA
U.S. MAGISTRATE JUDGE

DATE: November 20, 2007

---

1.    If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.