IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      MAGISTRATE NO.
                 :
         v.            :

EDUARDO BERENSHTEYN      :      07-1356-M

## CONDITIONS OF PRETRIAL RELEASE

### BAIL

Defendant is **released on bail** in the amount of: $ __500,000__
      _____ **O/R**
      _____ **cash**
    __X__ **secured by**:
          _____ % cash
       __X__ property at: 2752 East 21st Street, Brooklyn NY 11235
       __X__ Waiver of Clerk's office requirements

### PRETRIAL SERVICES

__X__        Defendant shall report to Pretrial Services:
     __X__   **as directed** by Pretrial Services.
     _____   times per week **in person**.
     _____   times per week **via telephone**.

__X__ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
__X__ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
_____ Defendant shall submit to **electronic monitoring** at the following address:

_____

_____.

_____ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

_____ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

## TRAVEL

_____ Travel is restricted to the **Eastern District of Pennsylvania**.
  X    Travel is restricted to the EDPA & Eastern and Southern Dist. of NY.
  X    Unless prior permission is granted by Pretrial Services.

## PASSPORT

  X  Defendant shall surrender and/or refrain from obtaining a **passport**.

## FIREARMS

  X   Defendant shall surrender and/or refrain from obtaining any **firearms**.

## MISCELLANEOUS

  X    Defendant shall have no contact with **co-defendants**, **potential witnesses** in this case (except with counsel to prepare for trial), or individuals engaged in any criminal activity.
  X    Defendant must maintain/seek **lawful employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
  X    Defendant must reside:

    **at**:    45 Bang Terrace, Staten Island, NY

**OTHER CONDITIONS:**

Defendant shall truthfully provide information to Pretrial Services as requested.

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It is so ORDERED this    26th    day of    November          , 2007.

BY THE COURT:

/s/ Carol Sandra Moore Wells
**CAROL SANDRA MOORE WELLS**
**U.S. MAGISTRATE JUDGE**