**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA     :

                               :       **MAGISTRATE NO. 07-1356-M-1**

**v.**                         :

                               :

**EDUARD BERENSHTEYN**       :

## O R D E R

AND NOW, this _6th_ day of December, 2007, the Court finds that the defendant and the government are engaging in discussions which may affect the charges against the defendant and that the defendant does not oppose the government's motion for continuance. The Court further finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, and that these reasons outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section 3161(h)(8)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period of thirty additional days, until January 18, 2008.

**BY THE COURT:**

_____
**DAVID R. STRAWBRIDGE**
**United States Magistrate Judge**