## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

:          CRIMINAL NO. 07-1356

:

vs.                               :

:

EDUARDO BERENSHTEYN               :

---

### WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance as counsel for Defendant Eduardo Berenshteyn in the

above captioned matter.

GERSTEN SAVAGE LLP

By: _____

Barry S. Zone, Esquire
600 Lexington Avenue
9th Floor
New York, N.Y. 10022
(212) 752-9700

Dated: 2/8/08

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter our appearance as counsel for Defendant Eduardo Berenshteyn in the above

captioned matter.

DUANE MORRIS LLP

By: _____

Michael M. Mustokoff, Esquire
Jonathan L. Swichar, Esquire
30 S. 17th Street
Philadelphia, PA 19103
(215) 979-1810/1816

Dated: 2/11/08

DM1\1286194.1

## CERTIFICATE OF SERVICE

I, Michael M. Mustokoff, Esquire hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance and Entry of Appearance was served on _____, 2008 via hand delivery to:

> Sarah L. Grieb, AUSA
> United States Attorney's Office - Eastern
> District of Pennsylvania
> Suite 1250
> 615 Chestnut Street
> Philadelphia, PA 19106

and served via facsimile and first-class mail, postage prepaid to:

> Albert Dayan, Esquire
> 80-02 Kew Gardens
> Kew Gardens, N.Y. 11415

Michael M. Mustokoff

DM1\1286194.1