IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 07-1356-M-1 |
| v. | : | |
| | : | |
| EDUARD BERENSHTEYN | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(A)**

The United States of America, by and through its attorneys, Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and Sarah L. Grieb, Assistant United States Attorney, moves for a thirty-day continuance of the time within which an Indictment or Information must be filed in this case, and in support of this motion states as follows:

1.      On November 16, 2007, a Complaint was filed by the United States Attorney's Office charging defendant Eduard Berenshteyn with causing a financial institution to fail to file a Currency Transaction Report, in violation of Title 31, United States Code, Section 5324(a)(1) and (d)(2).

2.      On November 19, 2007, the defendant was arrested, and on November 20, 2007, he made his initial appearance on the Complaint.

3.      The Speedy Trial Act, 18 U.S.C. § 3161 et seq., requires that an Indictment or Information be filed within thirty days from the date on which the defendant was arrested, in this case by December 19, 2007.  18 U.S.C. § 3161(b).

4.      On December 6, 2007, the Honorable David R. Strawbridge entered an order extending the Speedy Trial Act period to file an Indictment or Information to January 18,

2008, upon finding that the ends of just to be best served by granting the continuance because the parties were engaged in discussions which may affect the charges against the defendant.

5. On January 10, 2008, the Honorable M. Faith Angell entered an order extending the Speedy Trial Act period to file an Indictment or Information to February 17, 2008, upon finding that the ends of just to be best served by granting the continuance because the parties were engaged in discussions which may affect the charges against the defendant.

6. On February 11, 2008, new counsel entered his appearance on behalf of the defendant.

7. The government has spoken to the defendant's new counsel, and the government and the defendant are engaging in discussions to resolve this matter through a non-trial disposition.

8. Counsel for the defendant has represented that the defendant does not oppose the government's request for an additional thirty-day continuance.

WHEREFORE, for the above reasons, it is respectfully submitted that the ends of justice will be served best by the granting of a continuance of thirty days of the time within which to file an Indictment or Information in this case, that is, until March 18, 2008.

Respectfully submitted,

**PATRICK L. MEEHAN**
**United States Attorney**

_____
 **SARAH L. GRIEB**
**Assistant United States Attorney**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **MAGISTRATE NO. 07-1356-M-1** |
| v. | : | |
| | : | |
| EDUARD BERENSHTEYN | : | |

**O R D E R**

AND NOW, this _____ day of February, 2008, the Court finds that the defendant and the government are engaging in discussions which may affect the charges against the defendant and that the defendant does not oppose the government's motion for continuance. The Court further finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, and that these reasons outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section 3161(h)(8)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period of thirty additional days, until March 18, 2008.

**BY THE COURT:**

_____

**TIMOTHY R. RICE**
**United States Magistrate Judge**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Unopposed Motion for

Continuance Pursuant to Title 18, United States Code, Section 3161(h)(8)(A) has been served by

United States mail upon the following:

Michael Mustokoff, Esquire
30 South 17th Street
Philadelphia, PA

_____
SARAH L. GRIEB
Assistant United States Attorney

DATED: February 12, 2008