**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :     CRIMINAL NO. 07-1356 |
| | : |
| vs. | : |
| | : |
| EDUARDO BERENSHTEYN | : |
| | : |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of

Defendant Eduardo Berenshteyn's Motion to Continue the trial in this matter, and any response

thereto, is hereby ORDERED that Defendant's Motion is GRANTED.  The trial in the above-

captioned matter is hereby continued until _____.

BY THE COURT:

_____
                                                       J.

DM1\1338969.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
                                  :
                                  :     CRIMINAL NO. 07-1356
                                  :
vs.                               :
                                  :
                                  :
EDUARDO BERENSHTEYN               :
                                  :

## DEFENDANT EDUARDO BERENSHTEYN'S
## MOTION TO CONTINUE THE TRIAL DATE

Defendant Eduardo Berenshteyn ("Defendant"), by and through his undersigned counsel, herein files this Motion to Continue the trial date in connection with the above-captioned matter. In support thereof, Defendant avers as follows:

1.      On or about November 19, 2007, a Complaint was filed against Defendant and co-defendant Stanislav Zarubin ("Co-Defendant") in connection with the above matter.

2.      On or about November 28, 2007, Judge Moore entered an Order releasing Defendant on bail.

3.      On December 5, 2007, January 14, 2008, February 12, 2008 and March 14, 2008, the Government filed motions to continue this matter, pursuant to 18 U.S.C. §3161(h)(8)(A). Defendant did not oppose any of those motions and all of them were granted by the Court.

4.      On or about March 27, 2008, an Indictment was filed against Defendant and Co-Defendant, charging them with an alleged violation of 31 U.S.C. §5324(a)(1) (aggravated structuring of financial transactions).

5.    By Order dated May 20, 2008, the Court has scheduled this matter for trial on June 3, 2008 at 9:30 a.m.

6.    As of this date, the Government has not provided Defendant any discovery as it is required pursuant to Fed. R. Crim. P. 16.  The ends of justice would be best served by continuing the trial because Defendant has not yet had an opportunity to receive this required discovery.

7.    Defendant's counsel has spoken with AUSA Sarah Grieb, who has advised that the Government does not oppose Defendant's request to continue the trial in this matter.

WHEREFORE, for all of the above reasons, Defendant Eduardo Berenshteyn respectfully requests that the Court grant the instant Motion in the form attached hereto.

**DUANE MORRIS LLP**

By: _____

Michael M. Mustokoff, Esquire
Jonathan L. Swichar, Esquire
30 S. 17th Street
Philadelphia, PA  19103
(215) 979-1810/1816

Attorneys for Eduardo Berenshteyn

Dated:  May 22, 2008

3

**CERTIFICATE OF SERVICE**

I, Michael M. Mustokoff, Esquire hereby certify that a true and correct copy of the foregoing Motion to Continue the Trial Date was served on the 22nd day of May, 2008 via facsimile and Federal Express, to the following persons:

Sarah L. Grieb, AUSA
United States Attorney's Office - Eastern
District of Pennsylvania
Suite 1250
615 Chestnut Street
Philadelphia, PA  19106

Albert Dayan, Esquire
80-02 Kew Gardens
Kew Gardens, N.Y. 11415

_____
Michael M. Mustokoff, Esquire

DM1\1338969.1